EDVA JUDGES: LIAM O'GRADY (18-CV-1328) AND ROBERT E. PAYNE (18-CV-369) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

WILLIAM LEE GRANT II )
)
-vs- )
)
GREGORY K. HARRIS, AUSA )
& U.S. DEPARTMENT OF DEFENSE )
)
)
*A Complaint pertaining to civil rights* )
*violations against William Lee Grant II* )

28 USC 1346(b)(7)   U.S. CONST. AMEND IV   U.S. CONST. AMEND V
28 USC 1391(b)(3)   U.S. CONST. AMEND XIII   U.S. CONST. AMEND XIV
**COMPLAINT OF CIVIL RIGHTS VIOLATONS**

William Lee Grant II filed for Federal Unemployment Benefits with the Illinois Department of Employment Security (IDES) in December of 2014. William Lee Grant II was denied Federal Unemployment Benefits by IDES as retaliation for filing a civil rights complaint with the Illinois Department of Transportation, and an ethics complaint with the Office of Executive Inspector General in 2012.

William Lee Grant II qualified for Federal Unemployment Benefits pursuant to 820 ILCS 405/601(B).

Petitioner is owed for unpaid Federal Unemployment Benefits, and the sum repaid to IDES as restitution when William Lee Grant II was denied Federal Unemployment Benefits.

The Office of Executive Inspector General and IDES have refused to investigate this matter.

The Illinois Attorney General and U.S. Department of Justice do not deny the allegations.

*William Lee* 3/21/2019 (WLG)

William Lee Grant II
901 Wythe Road
Springfield, Illinois 62702
(217)726-5269

MARCH 21, 2019
MARYLAND JUDGES: GEORGE L. RUSSELL III (18-CV-1327) AND PAULA XANIS (18-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i), 28 USC 1915(e)(2)(B)(ii), OR 28 USC 1915(e)(2)(B)(iii). (WLG) 3/21/2019

①

1) THE JOINT CHIEFS OF STAFF (JCOS) CREATED MR. GRANT IN THE BASEMENT OF THE PENTAGON TO BE "THE JUDGE" AS TO THE VIETNAM WAR CONSTITUTED WAR CRIMES.

2) THE JCOS ~~[redacted]~~ "DROPPED OFF" MR. GRANT IN SPRINGFIELD, IL IN 1992 WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE BEATEN, ENDURE PSYCHOLOGICAL WARFARE, AND TO BE THE U.S. DEPARTMENT OF DEFENSE'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

3) GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990'S TO CONDUCT ILLEGAL SURVEILLANCE OF MR. GRANT THROUGH THE [redacted] ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY'S OFFICE BY [redacted] BRIBING MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT TO AUSA GREGORY K. HARRIS.

4) THE JCOS TOLD MR. GRANT HE MUST STAB DR. GRANT WHEN HE (MR. GRANT) TURNS SEVENTEEN, OR THE JCOS WOULD SEND SOMEONE TO KILL DR. GRANT.

5) MR. GRANT STABBED DR. GRANT WHEN MR. GRANT WAS SEVENTEEN.

6) AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE WHEN BEING PROSECUTED FOR DOMESTIC BATTERY.

7) MR. GRANT WAS STOPPED FOR 'DRIVING UNDER THE INFLUENCE (DUI)' IN 2009. THE DUI WAS A "SET-UP" DESIGNED TO STRIP MR. GRANT OF HIS DRIVER'S LICENSE.

8) THE DUI SET-UP WAS ENGINEERED BY THE JCOS AND AUSA GREGORY K. HARRIS.

9) MR. GRANT WAS SOBER.

10) AUSA GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.



1) D.K. HIRNER MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990'S TO HIRE MR. GRANT IN THE FUTURE.

2) D.K. HIRNER (IL LT. GOVERNOR SHEILA SIMON'S CHIEF OF STAFF) HIRED MR. GRANT IN 2011 AS A POLICY ANALYST IN THE OFFICE OF THE ILLINOIS LT. GOVERNOR.

3) ANN L. SCHNEIDER MADE AN AGREEMENT WITH THE JCOS IN THE EARLY 1990'S TO HIRE MR. GRANT IN THE FUTURE.

4) ANN L. SCHNEIDER (SECRETARY OF THE ILLINOIS DEPARTMENT OF TRANSPORTATION (IDOT)) HIRED MR. GRANT AS A STAFF ASSISTANT WITH THE IDOT IN 2012.

15) MR. GRANT FILED A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012.

16) MR. GRANT WAS RETALIATED AGAINST FOR FILING A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS.

17) MR. GRANT ENDURED A HOSTILE WORK ENVIRONMENT, WORK PRODUCTS BEING SABOTAGED, GEOGRAPHIC REASSIGNMENT, A PROMOTION BEING RESCINDED, AND BEING ASSIGNED DUTIES BELOW HIS PAYGRADE.

18) THE RETALIATION CULMINATED IN THE ILLINOIS GOVERNOR'S OFFICE'S OFFICE FAILURE TO ADD MR. GRANT TO PAYROLL, THE WRONGFUL DENIAL OF FEDERAL UNEMPLOYMENT BENEFITS, AND MR. GRANT FINDING HIMSELF BLACKLISTED.

19) WHILE MR. GRANT WAS EMPLOYED BY THE STATE OF ILLINOIS, MR. GRANT'S CO-WORKERS AND SUPERVISORS REPORTED MR. GRANTS WORDS AND ACTIONS TO AUSA GREGORY K. HARRIS.

20) THE ACTIONS OF THE STATE OF ILLINOIS GAVE CAUSE FOR MR. GRANT TO APPEAR IN FEDERAL COURT.

③

THE ILLINOIS ATTORNEY GENERAL AND U.S. DEPARTMENT OF JUSTICE DEFAULTED IN 16-CV-3245 AND 17-CV-3261, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

THE U.S. DEPARTMENT OF JUSTICE DEFAULTED IN 19-CV-3001 AND 19-CV-3020, AND FAILED TO DENY MR. GRANT'S ALLEGATIONS.

23) THE DOJ WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO FEDERAL COURT.

24) MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV; U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

25) DONALD RUMSFELD WAS AT AN AIRBASE ON 9/11, AND GAVE A "STAND DOWN" ORDER WITH THE CONSENT OF BUSH AND CHENEY.

26) DICK CHENEY HAD A CONFLICT OF INTEREST IN LOBBYING FOR THE WAR IN IRAQ.

27) DICK CHENEY MADE $100 MILLION FROM HIS HALLIBURTON STOCK DUE TO THE UNITED STATES OF AMERICA INVADING IRAQ.

28) HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS. HILLARY CLINTON RECEIVED THE CONTRIBUTIONS DURING THE 2016 PRESIDENTIAL GENERAL ELECTION.

29) HILLARY RODHAM CLINTON KILLED VINCE FOSTER.

30) HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT THE AMBASSADOR FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

) RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON.

) RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY CONCEAL THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON.

) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ALLOW JAMES R. THOMPSON TO BECOME GOVERNOR OF ILLINOIS AS A REPUBLICAN.

35) THE CIA KILLED JOHN F. KENNEDY.

36) BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM WORKED FOR THE CLINTON WHITE HOUSE.

37) BRUCE RAUNER ASSISTED RAHM EMANUEL IN MAKING $14 MILLION IN THREE YEARS UPON LEAVING THE CLINTON WHITE HOUSE. RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS OF DOLLARS THROUGH U.S. DEPARTMENT OF DEFENSE CONTRACTS.

38) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

39) PHILIP MOUNTBATTEN "ORDERED" THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5 OR MI3.

40) MR. GRANT WAS FORCED TO "ACT GAY" FOR MORE THAN SEVEN (7) YEARS, OR THE JCOS WOULD HAVE SENT SOMEONE TO RAPE MR. GRANT.

41) MR. GRANT SEEKS $99 TRILLION IN COMPENSATORY DAMAGES.

42) THE JCOS STOLE TWENTY-NINE (29) YEARS OF MR. GRANT'S LIFE TO BRING THIS ACTION.

43) HENRY KISSINGER IS A WAR CRIMINAL.

(5)

44) AUSA GREGORY K. HARRIS RECRUITED (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON TO CONSPIRE AGAINST MR. GRANT.

45) RODGER A. HEATON CONDUCTED ILLEGAL INTERVIEWS WITH MR. GRANT'S FAMILY, PEERS, CO-WORKERS, ███ SUPERVISORS, PROFESSORS, AND TEACHERS.

46) AUSA GREGORY K. HARRIS RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL MR. GRANT, AND REPORT HIS WORDS AND ACTIONS TO AUSA GREGORY K. HARRIS.

47) THE ILND, ILCD, ILSD, CDCA, NDTX, EDTX, WDTX, MARYLAND, EDNY, NDGA, NEBRASKA, AND C.F.C. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii), OR
28 USC 1915(e)(2)(B)(iii).

48) THE 2d CIR., 4TH CIR., 5TH CIR., 7TH CIR., 8TH CIR., 9TH CIR., 11TH CIR., D.C. CIR., AND FED. CIR. HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i),
28 USC 1915(e)(2)(B)(ii), OR
28 USC 1915(e)(2)(B)(iii).

49) MR. GRANT MAY PROCEED IN ~~█████████~~ WESTERN DISTRICT OF VIRGINIA PURSUANT TO § 28 USC 1391(b)(3).

50) LOUIS FARRAKHAN KILLED MALCOLM X.

51) MARION HUGH "SUGE" KNIGHT KILLED CHRISTOPHER "BIGGIE SMALLS" WALLACE. SUGE KNIGHT BRIBED THE LAPD TO CONCEAL HIS ROLE IN BIGGIE SMALLS DEATH.

*William [signature] 3/21/2019*

MR. GRANT'S WITNESSES
---
MICHAEL J. MADIGAN
JESSE WHITE
EMIL JONES
PATRICIA ███████ DAWSON
BARACK H. OBAMA

William Lee Grant II
901 Wythe Road,
Springfield, IL 62702
(217) 726-5269

(6)

52) THE ILCD AND EDVA HAVE A CONFLICT OF INTEREST.

53) THE OFFICE OF EXECUTIVE INSPECTOR GENERAL (ILLINOIS); IL DEPT OF TRANSPORTATION; IL DEPT OF EMPLOYMENT SECURITY; IL DEPT OF HUMAN RIGHTS; ILLINOIS ATTORNEY GENERAL; ILLINOIS STATE POLICE; ILLINOIS AUDITOR GENERAL; U.S. EEOC; U.S. OFFICE OF SPECIAL COUNSEL; ███████; U.S. DEPT OF TRANSPORTATION; U.S. DEPT OF LABOR; U.S. DEPT OF JUSTICE; AND U.S. DEPT OF DEFENSE HAVE FAILED TO INVESTIGATE.

*Will B* 3/22/2019

William Grant
901 Wythe Road
Springfield, IL 62702
(217) 726-5269

7